| | |
|---|---|
| TIM C. HALE (State Bar No. 114905)<br>RUSSO & HALE LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>Telephone: (650) 327-9800<br>Facsimile: (650) 327-3737<br><br>Attorneys for Plaintiff and Counterdefendant<br>YIELD DYNAMICS, INC. | KENNETH T. LAW (State Bar No. 111779)<br>BIALSON, BERGEN & SCHWAB<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>Telephone: (650) 857-9500<br>Facsimile: (650) 494-2738<br><br>Attorneys for Defendant and Counterclaimant<br>SPANSION LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YIELD DYNAMICS, INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>SPANSION LLC, a Delaware corporation,<br><br>            Defendant.<br><hr>SPANSION LLC, a Delaware corporation,<br><br>            Counterclaimant,<br><br>vs.<br><br>YIELD DYNAMICS, INC., a California corporation,<br><br>            Counterdefendant. | Case No.: 4:06-cv-04579 SBA<br><br>**STIPULATED REQUEST FOR DISMISSAL AND FOR ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Yield Dynamics, Inc. and Defendant Spansion LLC, through their respective undersigned counsel of record, that the entire above-titled action, including all claims and counterclaims therein, shall be and is hereby dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each

RUSSO & HALE LLP
Palo Alto, California

**Stip. Dismissal**             1             **Case No.** 4:06-cv-04579 SBA

party to bear its own attorneys' fees and costs.   The parties further request that the Court enter an

ORDER dismissing the entire action pursuant to this stipulated request for dismissal.

                                                                            RUSSO & HALE LLP

Dated: January 4, 2007                                    By:   /s/ Tim C. Hale
                                                                                 Tim C. Hale

                                                    Attorneys for Plaintiff and Counter-defendant
                                                 YIELD DYNAMICS, INC.


Dated: January 4, 2007                                    BIALSON, BERGEN & SCHWAB

                                                 By:   /s/ Kenneth T. Law
                                                                                 Kenneth T. Law

                                                 Attorneys for Defendant and Counterclaimant
                                               SPANSION LLC


IT IS SO ORDERED:

Dated: January 9, 2007                                    *Sandra B. Armstrong*
                                                 United States District Court Judge

RUSSO & HALE LLP
Palo Alto, California

**Stip. Dismissal**                                           2                                          **Case No.** 4:06-cv-04579 SBA